```
JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com
```

Attorneys for Valine Sarmas

```
RICHARD C. BOLANOS, ESQ.  CSB#111343
MORIN I. JACOB, ESQ.  CSB#204598
LIEBERT CASSIDY WHITMORE
A Professional Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107
Tel: (415) 512-3000
Fax: (415) 856-0306
```

Attorneys for Defendants
COUNTY OF STANISLAUS, PEDRO BELTRAN
and ADAM CHRISTIANSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO)

| | |
|---|---|
| VALINE SARMAS, | CASE NO. 1:09 CV 01333 LJO DLB |
| Plaintiff, | Complaint filed: July 29, 2009 |
| vs | |
| COUNTY OF STANISLAUS, PEDRO BELTRAN, Stanislaus County Sheriff's Sergeant; ADAM CHRISTIANSON, Stanislaus County Sheriff; and DOES 1-25, | **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| Defendants. | |
| ------------------------------------------------/ | |

---

**Joint Stipulation to Continue Settlement Conference and Proposed Order
Continuing Settlement Conference          1:09 CV 01333 LJO DLB**
137604.1 ST236-018

1

Due to plaintiff VALINE SARMAS' counsel's unavailability due to a criminal trial in Los Angeles (People vs Johannes Mehserle) and Defendants' counsel's trial schedule and unavailability, the parties in the above-entitled action have not been able to complete discovery, including the depositions of the named defendants and principal witnesses. The parties, through their counsel of record, hereby stipulate to and request an order continuing the settlement conference in this matter, presently scheduled for August 10, 2010. The parties request that the settlement conference be continued to either the third week in October or the third week in November in light of a trial to be conducted by Defendant's counsel beginning in the last week of October. The parties are not requesting a modification of the scheduling order.

Respectfully submitted,

Dated: August 6, 2010                LAW OFFICES OF JOHN L. BURRIS


                                     _____/s/_John L. Burris_____
                                     JOHN L. BURRIS
                                     Attorneys for Plaintiff
                                     VALINE SARMAS


Dated: August 6, 2010                LIEBERT CASSIDY WHITMORE


                                     _____/s/ Morin I. Jacob_____
                                     MORIN I. JACOB
                                     Attorneys for Defendants
                                     COUNTY OF STANISLAUS,
                                     PEDRO BELTRAN, and
                                     ADAM CHRISTIONSON

**Joint Stipulation to Continue Settlement Conference and Proposed Order Continuing Settlement Conference          1:09 CV 01333 LJO DLB**
137604.1 ST236-018

2

**ORDER**

PURSUANT TO STIPULATION IT IS ORDERED that the settlement conference scheduled for August 10, 2010 be, and is hereby, continued to 10:00 a.m. on November 16, 2010.

IT IS SO ORDERED.

Dated:   **August 9, 2010**              s/ *Dennis L. Beck*
                                         U.S. MAGISTRATE JUDGE

---

**Joint Stipulation to Continue Settlement Conference and Proposed Order Continuing Settlement Conference           1:09 CV 01333 LJO DLB**
137604.1 ST236-018

3