LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALINE SARMAS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, PEDRO BELTRAN, Stanislaus County Sheriff's Sergeant; ADAM CHRISTIANSON, Stanislaus County Sheriff; and DOES 1-25,<br><br>    Defendants. | Case No.  1:09-CV-01333 LJO-MJS<br><br>**ORDER CONTINUING PRE-TRIAL DATES** |

On October 22, 2010, the parties submitted stipulated pre-trial discovery deadlines. (ECF No. 24.)  The parties represented that the new dates would not affect the Court's pre-trial conference or trial date.  If the Court accepts the stipulated changes to the pre-trial deadlines, however, a continuance of the pre-trial conference and trial is necessary to allow the Court adequate time to address dispositive motions and other issues in advance of trial.

Accordingly, the deadlines set forth in the December 21, 2009 Scheduling Order are **AMENDED** as follows:

| | |
|---|---|
| Non Expert Discovery cut-off: | December 15, 2010 |
| Expert Disclosure: | December 15, 2010 |
| Expert Discovery cut-off: | January 7, 2011 |

1

Non-Dispositive Motion Deadlines:

    Filing:        January 14, 2011

    Hearing:    February 18, 2011

Dispositive Motion Deadlines:

    Filing:        February 17, 2011

    Hearing:    March 31, 2011

Settlement Conference:

    February 10, 2011 at 10:00 a.m.

Pre-Trial Conference:

    July 6, 2011 at 9:30 a.m.

Trial:

    September 6, 2011 at 8:30 a.m.

IT IS SO ORDERED.

Date:    <u>November 3, 2010</u>                  /s/   Michael J. Seng

                                                            UNITED STATES MAGISTRATE JUDGE