IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALINE SARMAS, | CASE NO. CV F 09-1333 LJO DLB |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| COUNTY OF STANISLAUS, et al, | |
| Defendants. / | |

This Court's February 10, 2011 and March 14, 2011 orders vacated dates and ordered plaintiff to file appropriate papers to dismiss or conclude this action in its entirety, no later than March 14, 2011. On March 14, 2011, this Court ordered plaintiff to file a status report regarding the status of the settlement. Plaintiff has not filed a Dismissal pursuant to F.R.Civ.P. 41(a)(1) or complied with this Court's order. On the basis of good cause, this Court ORDERS plaintiff, no later than April 1, 2011, to show good cause in writing why this Court should not impose monetary or other sanctions, INCLUDING DISMISSAL against plaintiff and/or counsel for failure to comply with the Court's orders. This Order to Show Cause will be discharged if, no later than April 1, 2011, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   March 23, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE