1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   VALINE SARMAS,                                CASE NO. CV F 09-1333 LJO DLB

12             Plaintiff,                          **ORDER DISCHARGING ORDER TO
                                                   SHOW CAUSE; ORDER SETTING**
13       vs.                                       **DEFENDANTS' RESPONSE TO REQUEST
                                                   FOR LEAVE**
14   COUNTY OF STANISLAUS, et al,

15
             Defendants.
16   _____/

17       On March 23, 2011, this Court issued an Order to Show Cause to plaintiff's counsel to show

18   good cause in writing why this Court should not impose monetary or other sanctions against plaintiff

19   and/or counsel for failure to comply with the Court's orders. On March 28, 2011, plaintiff filed a

20   response to the order to show cause. For good cause shown in the response, this Order to Show Cause

21   is DISCHARGED.

22       In plaintiff's response, plaintiff requested leave to file a motion to amend the scheduling order

23   and to amend the complaint. Plaintiff argued that the failure of the settlement and the delay in

24   defendants' disclosure of documents, which now raise new potential claims, warrant leave to amend and

25   vacating current dates. Plaintiff requests leave to file the appropriate motions to amend her complaint

26   and to modify the scheduling order.

27   /////

28   /////

                                                 1

1    The pretrial conference is July 6, 2011 and trial is set for September 6, 2011.  Defendants shall

2  respond to whether this Court should grant plaintiff's request for leave to file the motions no later than

3  April 6, 2011.  Defendants's brief is limited to a maximum of five pages.

4

5  IT IS SO ORDERED.

6  **Dated:     March 29, 2011**                                    **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28