Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:      (415) 856-0306

Attorneys for Defendants
COUNTY OF STANISLAUS;
PEDRO BELTRAN, Stanislaus County Sheriff's
Sergeant; ADAM CHRISTIANSON, Stanislaus
County Sheriff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALINE SARMAS,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS; PEDRO BELTRAN, Stanislaus County Sheriff's Sergeant; ADAM CHRISTIANSON, Stanislaus County Sheriff; and DOES 1-25,<br><br>            Defendants. | Case No.  1:09-cv-01333 LJO-MJS<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO SETTLEMENT OF THE PARTIES AND F.R.C.P. RULE 41(a)(1)(A)(ii)** |

It is hereby stipulated by all parties to this action that pursuant to FRCP Rule 41(a)(1)(A)(ii) and the settlement agreements of the parties reached between plaintiff VALINE SARMAS and all defendants that this entire action is dismissed, with prejudice, with all parties to bear their own costs and fees.

**STIPULATED AND AGREED**:

Dated: April 27, 2011        LAW OFFICES OF JOHN BURRIS.
                                            */s/ John Burris*_____
                                             John Burris, Attorney for Plaintiff
                                             VALINE SARMAS

///

162538.2 ST236-018                                1              CASE NO. 1:09-CV-01333 LJO-MJS
STIPULATION AND ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE

| | |
|---|---|
| Dated:  April 27, 2011 | LIEBERT CASSIDY WHITMORE |
| | */s/ Morin Jacob*_____ |
| | Morin Jacob |
| | Attorneys for Defendants |
| | COUNTY OF STANISLAUS; |
| | PEDRO BELTRAN and ADAM CHRISTIANSON |

## **ORDER**

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **April 27, 2011** | **/s/ Lawrence J. O'Neill** |
| | UNITED STATES DISTRICT JUDGE |